■ Rosine Raiti et al., Individually and as Agents of Beneficial Homeowner Service Corporation et al., Respondents, v Security Mutual Insurance Company et al., Appellants, and Ladd's Agency, Respondent. [603 NYS2d 254] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Reagan, J. (Appeal from Order of Supreme Court, Onondaga County, Reagan, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.